**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

RACHEL BRANNON, et al.,

Plaintiffs,

v.

FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No. 2:24-cv-01128-RJC

**PLAINTIFFS' RESPONSE IN OPPOSITION TO FEDERAL EXPRESS CORPORATION'S MOTION FOR RULE 11 SANCTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc., ("FedEx") has moved under Federal Rule of Civil Procedure 11 to dismiss Plaintiffs' amended complaint without prejudice and for other relief. FedEx has failed, however, to identify any legally invalid claims still remaining in the amended complaint. For this reason, and for the reasons stated in Plaintiffs' supporting memorandum, the Court should deny FedEx's motion. Plaintiffs incorporate by reference their concurrently-filed memorandum and exhibits.

Dated: January 10, 2024

Respectfully submitted

RACHEL BRANNON, et al.,

By their attorneys,

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan (*pro hac vice*)
Harold Lichten (*pro hac vice*)
Sarah Schalman-Bergen (PA Bar No. 206211)
Matthew Carrieri (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
ssb@llrlaw.com
mcarrieri@llrlaw.com

Jeremy Abay (PA 316730) (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
76 E. Euclid Avenue, Suite 101
Haddonfield, NJ 08035
(856) 509-5346
jabay@llrlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 10, 2024.

*s/ Shannon Liss-Riordan*