**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RACHEL BRANNON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No. 2:24-cv-01128-RJC |

**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF LEE BAYLESS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims asserted by the following plaintiff (and only the following plaintiff) are voluntarily dismissed without prejudice: Lee Bayless.

Dated: June 23, 2025

Respectfully submitted,

*s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (*pro hac vice*) (MA 640716)
Harold Lichten (*pro hac vice*) (MA 549689)
Sarah Schalman-Bergen (PA Bar No. 206211)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
hlichten@llrlaw.com
ssb@llrlaw.com

Jeremy Abay (PA Bar No. 316730)
LICHTEN & LISS-RIORDAN, P.C.
30 Washington Ave., Suite D-3
Haddonfield, New Jersey 08033
(856) 509-5346
jabay@llrlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2025, I caused a true and correct copy of the foregoing Notice to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*s/ Shannon Liss-Riordan*
Shannon Liss-Riordan